# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

               Plaintiff,

v.

Oscar Delval-Inzunza

               Defendant.

JUDGMENT

Case Number: 2:14-cr-00078-LDG-PAL-1

(Related case: 2:16-cv-00988-LDG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Defendant's motion motion under 28 U.S.C. § 2255 is DENIED and defendant's request for a certificate of appealability is DENIED.

1/23/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk